UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie A. Zacco

Case No.: 00 2312 JMR/FLN

Plaintiff,

vs.

**STIPULATION TO AMEND CASE CAPTION AND COMPLAINT**

Minnesota Masonic Homes,
a Minnesota non-profit corporation,

Defendant.

The parties hereto, through their respective attorneys, stipulate and agree that the entity identified as "Minnesota Masonic Homes" may be removed from the caption of the case, that the caption of the case now read, "Jackie A. Zacco, Plaintiff v. Minnesota Masonic Home Care Center, a Minnesota non-profit corporation, Defendant" and that the allegations in the Complaint be amended without further pleading to substitute "Minnesota Masonic Home Care Center" in place of "Minnesota Masonic Homes." The parties further request the Court to enter an order pursuant to this stipulation.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 12, 2000

WARNER LAW OFFICE, P.A.

By ______________________

Daniel E. Warner
3445 Washington Drive
Suite 204
Eagan, MN 55122-1340
(651) 452-8224

ATTORNEYS FOR PLAINTIFF

Dated: October 16, 2000

JACKSON LEWIS SCHNITZLER
& KRUPMAN

By ______________________

David J. Duddleston
150 Fifth Street Tower, Suite2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

**ORDER**

In accordance with the foregoing stipulation of the parties, it is hereby Ordered that the above case caption is amended, the new case caption shall read: "Jackie A. Zacco, Plaintiff v. Minnesota Masonic Home Care Center, a Minnesota non-profit corporation, Defendant" which shall be used in all future captions, and that the allegations in the Complaint are amended without further pleading to substitute "Minnesota Masonic Home Care Center" in place of "Minnesota Masonic Homes."

Dated this 23rd day of October 2000.

BY THE COURT:

United States Magistrate Judge