UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jackie A. Zacco

Plaintiff,

vs.

Minnesota Masonic Home Care Center,
a Minnesota non-profit corporation,

Defendant.

Case No.: 00-2312 (JMR/FLN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits with prejudice and without costs to either party pursuant to a private settlement agreement.

Dated: June 15, 2001

WARNER LAW OFFICE, P.A.

Daniel E. Warner (#15295X)
3445 Washington Drive, Suite 204
Eagan, MN 55122-1340
(651) 452-8224

ATTORNEYS FOR PLAINTIFF

Dated: June 18, 2001

JACKSON LEWIS SCHNITZLER
& KRUPMAN

Susan L. Segal (#137157)
Shelly B. Martin (#287076)
150 South Fifth Street, Suite 2800
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

FILED JUL 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Based on the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED** that the above-entitled action, brought by Jackie Zacco, including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice and without costs to either party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated this 27 day of: June, 2001.

BY THE COURT:

The Honorable James M. Rosenbaum
Judge of United States District Court